UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MILTON BRATEN,

                         Plaintiff,

        - against -

ELIOT KAPLAN,

                        Defendant.

-------------------------------------------------------X

Index No. 07 Civ. 8498

**CERTIFICATE OF
SERVICE**

     I, Stephen D. Straus, an attorney, certify that on April 30, 2008, I served a copy of an Answer via **Electronic Case Filing System** and **U.S. Mail** to all Counsel of Record as listed below:

     Milton Braten
     97415-071 Unit P2
     FMC Devens
     P.O. Box 879
     Ayer, MA 01432


     Plaintiff *Pro Se*


                                            _____
                                          Stephen D. Straus