AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 CIV. 8498 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant-Eliot Kaplan

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/2/2008 | *[signature]* |
| Date | Signature |
| | Stephen D. Straus — SS6183 |
| | Print Name — Bar Number |
| | 7 Skyline Drive |
| | Address |
| | Hawthorne — New York — 10532 |
| | City — State — Zip Code |
| | (914) 347-2600 — (914) 347-8898 |
| | Phone Number — Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MILTON BRATEN,

                              Plaintiff,

- against -

ELIOT KAPLAN,

                              Defendant.
-------------------------------------------------------X

Index No. 07 Civ. 8498

**CERTIFICATE OF SERVICE**

      I, Stephen D. Straus, an attorney, certify that on May 2, 2008, I served a copy of an Appearance via **Electronic Case Filing System** and **U.S. Mail** to all Counsel of Record as listed below:

Milton Braten
97415-071 Unit P2
FMC Devens
P.O. Box 879
Ayer, MA 01432

Plaintiff *Pro Se*

_____
Stephen D. Straus