# TRAUB LIEBERMAN
## STRAUS & SHREWSBERRY LLP

NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

June 5, 2008

**VIA FACSIMILE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

Hon. Harold Baer, Jr.
U.S. District Court
Southern District of New York
500 Pearl Street
Chambers 2230
New York, New York 10007

      Re:  *Milton Braten v. Eliot Kaplan,*
            Docket No. 07 Civ. 8498 (HB)

Dear Judge Baer:

    I have received Ms. Linda Eckhouse's May 29, 2008, letter stating that the date for the Pre-Trial Conference in this matter has been changed by the Court to August 7, 2008. I have a long arranged out-of-town commitment from August 2 - 8, 2008, which presents a conflict with the new conference date. If the Court only conducts Pre-Trial Conferences on Thursdays, I request that the conference in this matter be rescheduled for either July 31, August 14 or 21, 2008.

    Thank you for the Court's consideration of this request.

               Respectfully submitted,

               Stephen D. Straus

cc:  Mr. Melvin Braten
      97415-071 Unit P2
      FMC Devens
      P.O. Box 879
      Ayer, Massachusetts 01432

*[Handwritten note from Judge:]* Sorry but my conference does not allow August 7 at 3:00 PM for your PTC

SO ORDERED
Harold Baer, Jr., U.S.D.J.
6/11/08

Endorsement:

    Sorry but my conference days allow August 7 at 3:00 P.M. for your PTC.