UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILTON BRATEN,

                Plaintiff,                              **07 CIVIL** 8498 (HB)

    -against-                                    **JUDGMENT**

ELIOT KAPLAN,

                Defendant.
-----------------------------------------------------------X

SCANNED

      Defendant having moved to dismiss the complaint, and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on March 10, 2009, having rendered its Opinion and Order dismissing plaintiff's amended complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 10, 2009, plaintiff's amended complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
           March 15, 2009

                                                    **J. MICHAEL McMAHON**
                                                          Clerk of Court

                             BY:

                                                            Deputy Clerk

                                                   THIS DOCUMENT WAS ENTERED
                                                   ON THE DOCKET ON _____